No. 263. EMMONS COAL MINING CORP'N ET AL. v. SIR R. ROPNER & Co., LTD. October 21, 1929. Petition for writ

578

of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. J. T. Manning, Jr.,* for petitioners. *Messrs. H. Alan Dawson* and *Roscoe H. Hupper* for respondent.